UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------------X
                                                                  :
IPSOS-INSIGHT, LLC,                                               :
                                                                  :
                              Plaintiff,                          :     21-CV-3992 (JMF)
                                                                  :
              -v-                                                 :     ORDER
                                                                  :
JACOB GESSEL,                                                     :
                                                                  :
                              Defendant.                          :
                                                                  :
------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

As stated on the record during the teleconference held earlier today:

- The Court's Scheduling Order of May 27, 2021, ECF No. 13, is hereby VACATED (although the Clerk of Court can leave it on the docket).

- Plaintiff shall file any opposition to the pending motion to dismiss, ECF No. 10, no later than **June 7, 2021**. Defendant shall file any reply no later than **June 11, 2021**. Plaintiff shall indicate in its opposition whether it would seek leave to amend — i.e., is in possession of facts that would cure any deficiencies in the Complaint — in the event that the Court were to grant the motion to dismiss.

- By separate Order to be entered today, the Court will refer this case to Magistrate Judge Wang for settlement purposes. The parties shall contact the Chambers of Magistrate Judge Wang no later than **June 2, 2021**, to schedule a settlement conference as soon as practicable.

SO ORDERED.

Dated: June 1, 2021
       New York, New York

                                             _____
                                                     JESSE M. FURMAN
                                                United States District Judge